AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

William Mitchell Bell,

                Plaintiff,

V.

Dr. Keith Courtney, et al.,

                Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number: 2:11-cv-00922-LDG -PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment on Attorney's Fees is entered in favor of Defendant Dr. Keith Courtney and against Plaintiff William Mitchell Bell in the amount of $4,875.00.

December 16, 2011                  /s/ Lance S. Wilson

Date                                             Clerk

                                                                /s/ Aaron Blazevich

                                                                (By) Deputy Clerk